## CALLOWAY v. STATE.
### No. 20892.

Court of Criminal Appeals of Texas.
March 6, 1940.

J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile on a public highway while appellant was intoxicated. Punishment assessed is a fine of $50.

The indictment is in proper form. No statement of facts or bills of exception are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.